UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  MOTION TO DISMISS

                                                        CASE NO.: 15-Cr-00706 (VSB)

FRANCIS LORENZO et al,

    Defendant.
------------------------------------------------------------X

## DEFENDANT'S MOTION TO DISMISS INDICTMENT ON GROUNDS OF DIPLOMATIC IMMUNITY

    Defendant, **FRANCIS LORENZO ("LORENZO")**, by and through undersigned Counsel hereby files this Motion to Dismiss Indictment on Grounds of Diplomatic Immunity and Memorandum of Law.  This Cause comes before the Court upon the pending Indictment against Ambassador LORENZO, who is entitled to automatic and immediate dismissal of this Indictment on grounds of Diplomatic Immunity.

                                                                  **GRAY ROBINSON, P.A.**
                                                                  333 S.E. 2nd Avenue
                                                                  Suite 3200
                                                                  Miami, Florida  33131
                                                                  Telephone #: (305) 416-6880
                                                                  Facsimile #:  (305) 416-6887
                                                                  Attorney for Defendant
                                                                 Brian.Bieber@gray-robinson.com

Dated: <u>December 15, 2015</u>                    By: <u>s/Brian H. Bieber</u>
                                                                  BRIAN H. BIEBER
                                                                  Florida Bar No. 8140
                                                                 New York Attorney Reg. No. 4747507