**UNITED NATIONS**            REGISTRATION OF MEMBERS OF PERMANENT MISSIONS            SG.5 (3-63) - E

| Name (Last, First, Middle) | Mission | Diplomatic Title |
|---|---|---|
| LORENZO FRANCIS | PERMANENT MISSION OF THE DOMINICAN REPUBLIC | EMBASSADOR |

| Home Address outside United States | Marital Status | Nationality | Title and Function in Mission |
|---|---|---|---|
| JUAN SANCHEZ RAMIREZ 3 12A GASCUE STO DGO DOM REPUBLIC | SINGLE | at birth: DOMINICAN present: USA | 2nd COMISSION |

| Private Address and Telephone No. in the U.S. | Date and Place of Birth | Date of Appointment to Mission | Means of Transportation |
|---|---|---|---|
| [redacted] | 6-23-67 STO DGO R D | 9-03-04 | Air Line and Flight No.: Steamship Line and Ss.: |

| Type of Visa and No. | Type of Passport and No. | Port and Date of Entry into U.S. | Other: |
|---|---|---|---|
| NA | USA [redacted] | JFK NEW YORK N Y | |

*Please state below information regarding members of your immediate family residing with you.*

| Name: née | | | | | |
|---|---|---|---|---|---|
| Relationship | | | | | |
| Date and Place of Birth | | | | | |
| Date and Port of Entry | | | | | |
| Means of Transportation | | | | | |
| Nationality at Birth | | | | | |
| Present Nationality | | | | | |
| Type of Passport and No. | | | | | |
| Type of Visa and No. | | | | | |

*Please state below information regarding servants and household employees.*

| Name: | | | | |
|---|---|---|---|---|
| Date and Place of Birth | | | | |
| Date and Port of Entry | | | | |
| Means of Transportation | | | | |
| Date of Appointment | | | | |
| Nationality at Birth | | | | |
| Present Nationality | | | | |
| Type of Passport and No. | | | | |

NOTE: Please complete, sign and return this form to the PROTOCOL SECTION, Room 201. All changes in the above information should be immediately notified to PROTOCOL.

*PLEASE TYPE ONLY.*

Signature: [signed]