# Exhibit 2



**PERMANENT MISSION
OF THE DOMINICAN REPUBLIC
TO THE UNITED NATIONS**

MPRDNY -1734-15

Señor Brian H. Bieber
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

La Misión Permanente de la República Dominicana ante las Naciones Unidas se dirige a usted en su calidad de abogado del Señor Francis Lorenzo, quien ostenta el cargo de Embajador Alterno en la Misión de la República Dominicana ante las Naciones Unidas.

En ese orden, la Misión Permanente de la República Dominicana ante las Naciones Unidas le solicita, muy cortésmente, hacer llegar a su cliente, el Sr. Lorenzo, la carta anexa, que le remite el Departamento de Recursos Humanos del Ministerio de Relaciones Exteriores de la República Dominicana, informándole la suspensión de su cargo por un período de seis (6) meses, susceptible de ser renovada, hasta tanto se dicten medidas definitivas sobre su caso.

Esta medida se toma de acuerdo a lo establecido en la Ley No.41-08 de Función Pública, de fecha 16 de enero de 2008.



New York, 8 de octubre, 2015

COURTESY TRANSLATION

Mr. Brian H. Bieber
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

The Permanent Mission of the Dominican Republic to the United Nations is writing to you in your capacity as attorney for Mr. Francis Lorenzo, who holds the post of Deputy Ambassador in the Mission of the Dominican Republic to the United Nations.

In that regard, The Permanent Mission of the Dominican Republic to the United Nations kindly ask you to get the attached letter referred by the Human Resources Department of the Ministry of Foreign Affairs of the Dominican Republic to your client, Mr. Lorenzo. The letter informs him of his suspension from office for a period of six (6) months, which could be renewed, pending final action on his case.

This decision is taken in accordance with the provisions of the Dominican Civil Service Law No.41-08 dated January 16, 2008.

NY
October 8, 2015