```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -v-

JOHN W. ASHE, ET AL.

          Defendant.

**ORDER**

15-CR-706 (VSB)

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of defendant Lorenzo's motion to dismiss.  The government is directed to respond by January 5, 2016.  Any reply shall be due by January 12, 2016.

SO ORDERED.

Dated:   December 15, 2015
           New York, New York

Vernon S. Broderick
United States District Judge