

UNITED STATES MISSION TO THE UNITED NATIONS

799 UNITED NATIONS PLAZA
NEW YORK, N.Y. 10017-3505

December 30, 2015

Re: Francisco ("Francis") Lorenzo DOB: ▇▇▇ 1967

To whom it may concern:

This is to certify that I, James B. Donovan, Minister-Counselor for Host Country Affairs at the United States Mission to the United Nations, am responsible for overseeing the official records of the United States Mission to the United Nations with regard to the registration of foreign government officials assigned to the permanent missions of foreign governments to the United Nations. According to information provided officially to the United States Mission to the United Nations by the United Nations Office of Protocol, Mr. Francisco Lorenzo was notified as an Ambassador at the Permanent Mission of the Dominican Republic to the United Nations on October 11, 2004 and was terminated from that position on October 8, 2015.

As a United States citizen, Ambassador Lorenzo did not satisfy established Department of State criteria required to be considered for diplomatic privileges and immunities. To enjoy diplomatic privileges and immunities, Ambassador Lorenzo would have to show, *inter alia*, that he is not a United States citizen and that he possessed an appropriate non-immigrant status in the United States. It is the policy and practice of the United States, that United States citizens working in a diplomatic capacity for a foreign government's permanent mission at the UN enjoy only official acts immunity, not diplomatic immunity. Accordingly, Mr. Lorenzo had only official acts immunity for the time period given.

The Permanent Missions of foreign governments to the United Nations are periodically apprised of the criteria required by the Department of State for diplomatic immunity by means of Diplomatic Notes circulated by the United States Mission to the Permanent Missions, most recently dated 2010, 2005, 1995, and 1992. Copies of those notes are attached to this statement.

On October 12, 2015, the United Nations Office of Protocol provided the United States Mission with an official Notification of Change indicating that, upon notification from the Permanent Representative of the Dominican Republic to the United Nations, dated October 8, 2015, Ambassador Francisco Lorenzo was suspended as a member of the Permanent Mission of the Dominican Republic.

-2-

The United States Mission also provided a note to the Permanent Mission of the Dominican Republic on November 19, 2015, confirming that Mr. Lorenzo was terminated from his position at the Permanent Mission as of October 8, 2015.

*James B. Donovan*
James B. Donovan
Minister-Counselor for Host Country Affairs
United States Mission to the United Nations

UNITED STATES MISSION TO THE UNITED NATIONS
NEW YORK

January 27, 2010

HC-03-2010

The United States Mission to the United Nations presents its compliments to the Permanent Missions to the United Nations and has the honor to reiterate the criteria for inclusion on the list of Members of the Permanent Missions Entitled to Diplomatic Privileges and Immunities in the United States under the provisions of Article V, Section 15 of the Headquarters Agreement between the United States and the United Nations.

The criteria area as follows: the diplomatic envoy must:

(1) perform, on behalf of the Member State, diplomatic duties directly related to the work of the United Nations on a full-time basis, which the Department of State describes as at least thirty-five hours each week at the Mission, and shall not practice for profit any professional or commercial activity in the United States. _Personnel sent from capitals and seconded to, and/or working at the United Nations or the Funds, Programs and Agencies cannot be accepted as members of the Permanent Missions, and must not be so registered._

(2) possess a valid diplomatic passport of the Member State;

(3) possess a recognized diplomatic title: Ambassador Extraordinary and Plenipotentiary, Ambassador, Minister Plenipotentiary, Minister, Minister Counselor, Counselor, First Secretary, Second Secretary, Third Secretary, Attache, or Assistant Attache;

**DIPLOMATIC NOTE**

(4) be a national of the Member State;

(5) possess an appropriate non-immigrant status in the United States;

(6) be at least 21 years of age;

(7) reside in the New York metropolitan area on a full-time basis.

Each of the aforementioned criteria must be met.

Documents issued to diplomatic envoys by the United States Mission will use only the aforementioned diplomatic titles. The diplomatic titles acceptable to the United States are without prejudice to any functional or other titles conferred upon those envoys by the Member States.

The United States Mission to the United Nations avails itself of this opportunity to renew to the Permanent Missions to the United Nations the assurances of its highest consideration.

UNITED STATES MISSION TO THE UNITED NATIONS
NEW YORK

January 19, 2005

HC-06-05

The United States Mission to the United Nations presents its compliments to the Permanent Missions to the United Nations and has the honor to reiterate the criteria for inclusion on the list of Members of the Missions Entitled to Diplomatic Privileges and Immunities in the United States under the provisions of Article V, Section 15 of the Headquarters Agreement between the United States and the United Nations.

The criteria are as follows: The diplomatic envoy must:

(1) perform, on behalf of the member state, diplomatic duties directly related to the work of the United Nations on a full time basis. Working thirty-five hours or more per week at the Permanent Mission on United Nations business and having no other employment in the United States should be viewed as a reasonable guideline in this respect;

(2) possess a valid diplomatic passport of the member state if diplomatic passports are issued by that state. In the absence of a diplomatic passport, the sponsoring Mission should explain its absence by diplomatic note.

DIPLOMATIC NOTE

-2-

(3) possess a recognized diplomatic title: Ambassador Extraordinary and Plenipotentiary, Ambassador, Minister Plenipotentiary, Minister, Minister Counselor, Counselor, First Secretary, Second Secretary, Third Secretary, Attaché or Assistant Attaché;

(4) be a national of the member state;

(5) possess an appropriate non-immigrant status in the United States;

(6) be at least 21 years of age, and

(7) reside in the New York metropolitan area on a full time basis.

Each of the aforementioned criteria must be met.

Documents issued to diplomatic envoys by the United States Mission will use only the aforementioned diplomatic titles. The diplomatic titles acceptable to the United States are without prejudice to any functional or other titles conferred upon those envoys by the member state.

The United States Mission to the United Nations avails itself of this opportunity to renew to the Permanent Missions to the United Nations the assurances of its highest consideration.

UNITED STATES MISSION
TO THE UNITED NATIONS

March 27, 1995

HC-13-95

The United States Mission to the United Nations presents its compliments to the Permanent Missions to the United Nations and has the honour to reiterate the criteria for inclusion on the list of members of Missions to the United Nations entitled to diplomatic privileges and immunities in the United States under the provisions of the Headquarters Agreement between the United States and the United Nations (Public Law 80-357 of August 4, 1947).

The criteria are as follows. The diplomatic officer must:

(1) perform, on behalf of the sending state, diplomatic duties directly related to the business of the United Nations on a full-time basis;

(2) possess a valid diplomatic passport if diplomatic passports are issued by the sending state, or the Mission should by diplomatic note explain its absence in particular cases;

(3) possess a recognized diplomatic title;

(4) possess appropriate non-immigrant status in the United States;

(5) be over 21 years of age; and

(6) reside in the New York metropolitan area.

Each of the above criteria must be met.

- 2 -

Recognized diplomatic titles are the following:

(1) Ambassador Extraordinary and Plenipotentiary;

(2) Ambassador;

(3) Minister;

(4) Minister Counselor;

(5) Counselor;

(6) First Secretary;

(7) Second Secretary;

(8) Third Secretary;

(9) Attache;

(10) Assistant Attache.

Henceforth, the documents issued to diplomats by the United States Mission will use only the above listed diplomatic titles. The diplomatic titles acceptable to the United States are without prejudice to functional or other titles conferred on those envoys by the sending state.

The United States Mission to the United Nations avails itself of this opportunity to renew to the Permanent Missions to the United Nations the assurances of its highest consideration.

UNITED STATES MISSION
TO THE UNITED NATIONS

October 29, 1992

The United States Mission to the United Nations presents its compliments to the Permanent Missions to the United Nations and has the honor to remind Missions of the applicable criteria for entitlement to diplomatic privileges and immunities for diplomatic officers of Permanent Missions to the United Nations.

The criteria are as follows:  each diplomatic officer must (1) perform diplomatic duties for the Mission on a full-time basis; (2) possess a valid diplomatic passport if diplomatic passports are issued by his or her government, or, the Mission should by diplomatic note explain its absence in particular cases; (3) possess a recognized diplomatic title; (4) possess appropriate United States non-immigrant status; (5) be over 21 years of age; and (6) reside in the New York metropolitan area.  Each of the above criteria must be met.

The attention of the United States Mission has been drawn to the fact that some individuals have been accredited to the United Nations as diplomatic officers, but are not in fact performing a diplomatic function.  This practice is unacceptable.  The United States Mission wishes to stress

-2-

the importance placed on the performance of traditional and accepted diplomatic functions by those individuals whose names have been accepted for inclusion on the list of officers entitled to diplomatic privileges and immunites.

The United States Mission takes this opportunity to remind Missions to the United Nations that persons performing commercial functions or other governmental duties which are not United Nations related or who are attending schools as full-time day students are not eligible for inclusion on the list of individuals entitled to diplomatic privileges and immunities.

Missions are requested to notify the Department of State through the United Nations Chief of Protocol of the names of persons who may have previously been granted diplomatic privileges and immunities as members of Permanent Missions but who do not now meet all criteria listed above.

Missions are also reminded that the same general criteria apply to non-immigrant staff members. They must (1) possess valid non-immigrant status; (2) perform full-time duties for the Mission; (3) reside in the New York metropolitan area; and (4) be notified to the Department of State through the United Nations Chief of Protocol.

The United States Mission to the Untied Nations avails itself of this opportunity to renew to the Permanent Missions to the United Nations the assurances of its highest consideration.