# THE UNITED STATES OF AMERICA

TO BE FORWARDED TO
IMMIGRATION AND NATURALIZATION SERVICE

## CERTIFICATE OF NATURALIZATION



No. 14886939

Petition No. 989386    ·DUPLICATE·    INS Registration No. ███████

Personal description of holder as of date of naturalization: Date of birth ███████ 1967 ; sex MALE ; complexion MEDIUM ; color of eyes BROWN ; color of hair BLACK ; height 5 feet 8 inches; weight 140 pounds; visible distinctive marks NONE

Marital status SINGLE ; Country of former nationality DIMINICAN REPUBLIC

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

*Francis Lorenzo*
(Complete and true signature of holder)



UNITED STATES OF AMERICA } ss:
SOUTHERN DIST. NEW YORK }

Be it known that at a term of the DISTRICT Court of THE UNITED STATES held pursuant to law at NEW YORK CITY on AUGUST 21, 1991 the Court, having found that FRANCIS LORENZO then residing at BRONX, NEW YORK intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.

In testimony whereof the seal of the court is hereunto affixed this 21ST day of AUGUST nineteen hundred and NINETY-ONE.

IT IS PUNISHABLE BY U.S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

James M. Parkison
Clerk of the U.S. DISTRICT Court.
By Francine Madorma Deputy Clerk.

## DEPARTMENT OF JUSTICE

FORM N-550-C (REV. 11-1-87)