UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA      :     <u>WAIVER OF INDICTMENT</u>

    -v.-                         :     S6 15 Cr. 706 (VSB)

FRANCIS LORENZO,             :
    a/k/a "Frank Lorenzo,"

                             :

               Defendant.

                             :
------------------------------------------------------------------x

     FRANCIS LORENZO, a/k/a "Frank Lorenzo," the defendant, who is accused in one count of violating Title 18, United States Code, Section 371; one count of violating Title 18, United States Code, Sections 666(a)(2) and 2; one count of violating Title 18, United States Code, Section 666(a)(1)(B); one count of violating Title 15, United States Code, Section 78dd-2 and Title 18, United States Code, Section 2; one count of violating Title 18, United States Code, Section 1956(h); one count of violating Title 18, United States Code, Sections 1956(a)(2)(A) and 2; one count of violating Title 26, United States Code, Section 7206(1) and Title 18, United States Code, Section 2; and one count of violating Title 31, United States Code, Sections 5314 and 5322(a)-(b), and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 27 2017



_____
Francis Lorenzo

_____
Witness

_____
Brian Bieber, Esq.
Attorney for Francis Lorenzo

Date:   New York, New York
        April 27, 2017