

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2018

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Francis Lorenzo*,
                S6 15 Cr. 706 (VSB)

Dear Judge Broderick:

      With the consent of defendant Francis Lorenzo in the above-captioned matter, the Government respectfully writes to request a brief adjournment of the defendant's sentencing, currently scheduled for October 18, 2018, so that the parties may bring all relevant information to the attention of the Court and the Probation Office in advance of sentencing.  Based on discussions with Your Honor's deputy, the parties understand that January 31, 2019 at 10:30 a.m. may be a convenient date and time for the Court.

Honorable Vernon S. Broderick
United States District Judge
August 27, 2018
Page 2

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

By:   s/ Douglas S. Zolkind
        Daniel C. Richenthal
        Janis M. Echenberg
        Douglas S. Zolkind
        Assistant United States Attorneys
        (212) 637-2109/2597/2418

        SANDRA MOSER
        Acting Chief, Fraud Section
        Criminal Division

By:   s/ David A. Last
        David A. Last
        Trial Attorney
        (202) 616-5651

cc:    (by ECF)

       Brian H. Bieber, Esq.