

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 8/27/2018

Sentencing in this matter is hereby adjourned to January 31, 2019 at 10:30 a.m.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Francis Lorenzo*,
             S6 15 Cr. 706 (VSB)

Dear Judge Broderick:

    With the consent of defendant Francis Lorenzo in the above-captioned matter, the Government respectfully writes to request a brief adjournment of the defendant's sentencing, currently scheduled for October 18, 2018, so that the parties may bring all relevant information to the attention of the Court and the Probation Office in advance of sentencing. Based on discussions with Your Honor's deputy, the parties understand that January 31, 2019 at 10:30 a.m. may be a convenient date and time for the Court.

Honorable Vernon S. Broderick
United States District Judge
August 27, 2018
Page 2

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

By:   s/ Douglas S. Zolkind
       Daniel C. Richenthal
       Janis M. Echenberg
       Douglas S. Zolkind
       Assistant United States Attorneys
       (212) 637-2109/2597/2418

       SANDRA MOSER
       Acting Chief, Fraud Section
       Criminal Division

By:   s/ David A. Last
       David A. Last
       Trial Attorney
       (202) 616-5651


cc:    (by ECF)

       Brian H. Bieber, Esq.