

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  9/4/2019

    Re:   *United States v. Francis Lorenzo*,
            15 Cr. 706 (VSB)

Dear Judge Broderick:

    With consent of the defendant in the above-captioned matter, the Government respectfully writes to request that sentencing, presently scheduled for September 12, 2019, be adjourned to November 8, 2019, at 11:30 a.m., which the Government understands works for the Court. The adjournment will permit the parties additional time to prepare for sentencing.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

    By:    s/ Daniel C. Richenthal
            Daniel C. Richenthal
            Janis M. Echenberg
            Douglas S. Zolkind
            Assistant United States Attorneys
            (212) 637-2109/2597/2418

            ROBERT ZINK
            Chief, Fraud Section
            Criminal Division

    By:    s/ David A. Last
            David A. Last
            Assistant Chief
            (202) 616-5651

cc:    Brian Bieber, Esq.