UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER OF RESTITUTION
         - v. -                  :
                                 :   S6 15 Cr. 706 (VSB)
FRANCIS LORENZO,                 :
     a/k/a "Frank Lorenzo,"      :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/19

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Daniel C. Richenthal, Janis M. Echenberg, and Douglas S. Zolkind, Assistant United States Attorneys, of counsel; and review of the presentence investigation report and all other papers in this matter; and in connection with FRANCIS LORENZO's conviction on Count Seven of the above-referenced Superseding Information, it is hereby ORDERED that:

1. **Amount of Restitution.** FRANCIS LORENZO, the defendant, shall pay restitution in the amount of $243,965 to the victim of the offense charged in Count Seven. The name, address, and procedure for restitution is set forth below. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

## 2. Name, Address, and Procedure for Restitution.

Restitution payments are to be addressed to the "Clerk of Court," include the defendant's name and his corresponding docket number, and be sent to 500 Pearl Street, New York, NY 10007. The Clerk of Court will then forward any restitution payments to:

```
Internal Revenue Service
Attention: Mail Stop 6261 (Restitution)
333 West Pershing Avenue
Kansas City, MO 64108
```

## 3. Schedule of Payments.

The defendant shall pay at least 15% of his gross monthly income, starting upon the commencement of his period of post-conviction supervision, towards the satisfaction of restitution or in accordance with a payment schedule agreed upon between the defendant and the Internal Revenue Service.

## 4. Joint and Several Liability

The defendant's liability for restitution shall be joint and several with co-defendant Jeff C. Yin up to the amount of $51,566. (*See* Dkt. No. 740.)

Dated: New York, New York
November 6, 2019

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE