```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    ORDER CONCERNING BAIL FUNDS

        - v. -                  :    S6 15 Cr. 706 (VSB)

FRANCIS LORENZO,                :
  a/k/a "Frank Lorenzo,"
                                :
            Defendant.
                                :
- - - - - - - - - - - - - - - - x
```

WHEREAS, on or about October 27, 2015, FRANCIS LORENZO, a/k/a "Frank Lorenzo," the defendant, through counsel, posted $500,000 (the "Bail Funds") in connection with satisfying the conditions of release pending trial in this matter, and the Bail Funds remain on deposit with the Clerk of Court (receipt number M19-1-13926);

WHEREAS, on or about April 26, 2017, the defendant pleaded guilty to all counts in Superseding Information S6 15 Cr. 706 (VSB);

WHEREAS, on or about November 8, 2019, the defendant was sentenced to time served and was ordered to (i) pay a $800 mandatory special assessment, (ii) forfeit $1,000,000 (less the amount to be covered by a substitute asset, which the Court has been informed is worth $940,968.10), and (iii) pay $243,965 in restitution to the Internal Revenue Service. (Docket Entry Nos. 918, 919, 920.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

WHEREAS, the above-referenced forfeiture sum and restitution sum (except for a $150.00 payment) remain unpaid;

WHEREAS, the Government has moved pursuant to Title 28, United States Code, Section 2044 that the Bail Funds be applied toward the payment of these outstanding sums;

WHEREAS, the defendant through counsel, consents to the Government's motion;

IT IS HEREBY ORDERED that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall release and transfer $243,815.00 in United States Currency from the Bail Funds in full satisfaction of the defendant's outstanding restitution obligation.

2. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall further release and transfer $59,031.90 in United States Currency from the Bail Funds in partial satisfaction of the defendant's outstanding forfeiture obligation (which shall reduce that obligation to $940,968.10, the amount expected to be satisfied by the substitute asset). Specifically, the Clerk of Court shall release $59,031.90 in United States currency from the Bail Funds, in the form of a check payable to the U.S. Marshals Service and referencing the defendant's name and case number, to

be delivered to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007.

3. The remainder of the Bail Funds, after the two transfers ordered herein are complete, and after any applicable fees are deducted, shall be exonerated and returned to the defendant's counsel, Brian H. Bieber, Esq., or his law firm, GrayRobinson, P.A., following the receipt and processing by the Clerk of Court of any paperwork that may be necessary to effect such exoneration and return.

4. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Alexander Wilson, Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

SO ORDERED:

_____
Vernon S. Broderick
United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　　　March 2, 2020
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DATE