

|  |  |
|---|---|
|  | 333 S.E. 2ND AVENUE |
|  | SUITE 3200 |
|  | MIAMI, FLORIDA 33131 |
|  | TEL 305-416-6880 |
|  | FAX 305-416-6887 |
|  | gray-robinson.com |

BOCA RATON
FORT LAUDERDALE
FORT MYERS
GAINESVILLE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA
WEST PALM BEACH

Brian H. Bieber
Attorney At Law
305-913-0546
BRIAN.BIEBER@GRAY-ROBINSON.COM

January 5, 2021

*VIA ECF*

The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

      **Re:** **U.S.A. v. Lorenzo, Francis, et al.**
            **Case No.: 15-Cr-00706 (VSB)**

Honorable Judge Broderick:

    The Government (through AUSA Douglas Zolkind) and Probation (through USPO Zondra Jackson) have no objection to the following request. Defendant, Francis Lorenzo, requests this Court grant him early termination of supervised release.

    On October 6, 2015, Mr. Lorenzo was arrested in this matter. On December 9, 2019, Mr. Lorenzo was sentenced to time served and two (2) years supervised release. Since being placed on supervised release, Mr. Lorenzo has been in full compliance with all terms of his supervised release, has had no new arrests, and has timely satisfied all community service and financial obligations as confirmed by USPO Jackson. Additionally, prior to sentencing, Mr. Lorenzo spent approximately four (4) years under strict supervision pursuant to his pre-trial/sentence bail conditions. During that time, Mr. Lorenzo also dutifully abided by all of his pre-trial/sentence bail conditions without any incident whatsoever.

    Based on the foregoing, we respectfully request that Your Honor enter an Order granting Mr. Lorenzo's motion for early termination of supervised release, and for such other and further relief as may be just and proper.

                                    Respectfully submitted,

                                    BRIAN H. BIEBER

cc:    Janis Echenberg, AUSA (via e-mail only);
       Daniel Richenthal, AUSA (via e-mail only);
       Douglas Zolkind, AUSA (via e-mail only).